AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Hridindu Sankar Roychowdhury<br><br>*Defendant* | )<br>)<br>)  Case No. 23-mj-41<br>)<br>)  **SEALED**<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hridindu Sankar Roychowdhury,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C § 844(i): causing damage by fire or an explosive

Date: 3-27-23

City and state: MADISON, WI

*Issuing officer's signature*

STEPHEN L. CROCKER, MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*