UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.      Case No. 23-cr-31-wmc

HRIDINDU SANKAR ROYCHOWDHURY,

    *Defendant.*

---

## MOTION TO DISMISS

Hridindu Sankar Roychowdhury, by counsel, files this pretrial motion to dismiss based on the unconstitutionality of the federal arson statute—namely, it exceeds Congress's commerce clause power and violates the Tenth Amendment. This argument is foreclosed by the Seventh Circuit's decision in *United States v. Johnson,* 42 F.4th 743, 755 (7th Cir. 2002). But the defense is preserving the issue.

Dated at Madison, Wisconsin, this 6th day of June, 2023.

    Respectfully submitted,

    Hridindu Sankar Roychowdhury, Defendant

    */s/ Joseph A. Bugni*
    Joseph A. Bugni
    FEDERAL DEFENDER SERVICES
     OF WISCONSIN, INC.
    22 East Mifflin Street, Suite 1000
    Madison, Wisconsin 53703
    Tel: 608-260-9900
    Fax: 608-260-9901
    joseph_bugni@fd.org

    *Counsel for Hridindu Sankar Roychowdhury*

    FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.