IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,

        v.

HRIDINDU SANKAR ROYCHOWDHURY,

                      Defendant.

ORDER FOR
CONTINUED DETENTION

23-cr-31-wmc

---

At a July 25, 2023, hearing on defendant's appeal of Magistrate Judge Crocker's denial of release pending trial, the court found his continued detention appropriate.   In particular, the court found that although the defendant does not present a significant flight risk, no combination of conditions will reasonably assure the safety of at least some others in the community.

As explained in more detail at the hearing, the court finds that there is strong evidence to suggest that (1) defendant and two others attempted to firebomb the office of a group holding political views with which defendant disagrees; and (2) defendant spray-painted a message explicitly threatening the safety of members of that group: "If abortions aren't safe, you aren't either."   Further, evidence strongly suggests that defendant also spray-painted the message, "We will get revenge," on the State Capitol building during an anti-law enforcement rally.   Worse yet, a search of defendant's residence revealed that he still had two Molotov cocktails in his garage months after the firebombing, along with a handwritten message implying that defendant intended to use them, perhaps against the police:  "Fuck the police They have no idea what I have in here.   We take care of us."

1

ORDER

IT IS ORDERED THAT:

(1) defendant is to remain in the custody of the Attorney General for confinement in a jail separate, to the extent practicable, from persons awaiting or servicing sentences or being held in custody pending appeal;

(2) defendant shall be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of this court or on request of an attorney for the government, defendant shall be delivered to the United States Marshals Service or another appropriate person for the purpose of an appearance in connection with court proceedings.

Entered this 26th day of July, 2023.

BY THE COURT:

WILLIAM M. CONLEY
District Judge