

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158

Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

Address:
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

October 13, 2023

Joseph Bugni
Federal Defender Services of WI
22 East Mifflin Street, Suite 1000
Madison, WI 53703

Alex Vlisides
Federal Defender Services of WI
22 East Mifflin Street, Suite 1000
Madison, WI 53703

Re:   *United States of America v. Hridindu Sankar Roychowdhury*
      Case No.: 23-cr-00031-wmc

Dear Counsel:

Enclosed please find a USB containing discovery in this case (Bates Nos. ROYCHOWDHURY-001497 – ROYCHOWDHURY-003994), along with an Excel spreadsheet containing a log of the discovery. As noted on the device, this USB drive is property of the U.S. Attorney's Office. At your earliest convenience, please transfer the discovery from the USB drive to your computer or other storage media and return the USB drive to the U.S. Attorney's Office, attention Lisa Pierce. My colleague, Lisa Pierce, will email you the password for the enclosed USB drive.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

TIMOTHY M. O'SHEA
United States Attorney

By:        /s/
_____

ELIZABETH ALTMAN
Assistant United States Attorney