

| | |
|---|---|
| **U.S. Department of Justice** | *Telephone 608/264-5158* |
| *United States Attorney* | *Administrative Facsimile 608/264-5183* |
| *Western District of Wisconsin* | *Civil Division Facsimile 608/264-5724* |
| | *Criminal Division Facsimile 608/264-5054* |

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

February 21, 2024

Joseph BugniAlex Vlisides
Federal Defender Services of WIFederal Defender Services of WI
22 East Mifflin Street, Suite 100022 East Mifflin Street, Suite 1000
Madison, WI  53703Madison, WI  53703

Re:*United States of America v. Hridindu Sankar Roychowdhury*
Case No.:  23-cr-00031-wmc

Dear Counsel:

Uploaded to USAfx is additional discovery in this case (Bates Nos. ROYCHOWDHURY-006373 – ROYCHOWDHURY-006526), along with an Excel spreadsheet containing a log of the discovery.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

TIMOTHY M. O'SHEA
United States Attorney

By:/s/
_____
ELIZABETH ALTMAN
Assistant United States Attorney

cc:Mariah Stieve, Probation and Pretrial Services